# First District Court of Appeal
## State of Florida

_____

No. 1D18-917
_____

H & H Enterprises, Inc.,

    Appellant,

v.

Taylor Girard, Inc., a
Delaware Corporation; Miles G.
Batt, individually; and Barbara
Batt, individually,

    Appellees.

_____

On appeal from the Circuit Court for Duval County.
Kevin Blazs, Judge.

July 8, 2019

Per Curiam.

    Affirmed.

B.L. Thomas, Wetherell, and Makar, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Michael Fox Orr and Joseph D. Pickles of The Law Offices of Dawson & Orr, Jacksonville, for Appellant.

Allen L. Poucher, Jr., and Mark S. Barnett of The Barnett Law Firm, PLLC, Jacksonville, for Appellees.